# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Gary D. Buske**

    vs.                              **CASE NUMBER: 5:09-cv-418 (NAM/DEP)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon stipulation of the parties this action is hereby remanded to the Commissioner pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Magistrate Judge David E. Peebles, dated the 5th day of November, 2009.

DATED: November 5, 2009

                                                            Clerk of Court

                                                            s/

                                                            Joanne Bleskoski
                                                            Deputy Clerk