# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**Gary D. Buske**

    vs.                       **CASE NUMBER: 5:09-CV-418 (NAM/DEP)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon stipulation of the parties this action is hereby remanded to the Commissioner pursuant to sentence four of 42 USC section 405(g).

That upon stipulation of the parties plaintiff's attorney is awarded the amount of $5,235.90 in full satisfaction of any claim for attorney fees pursuant to the Equal Access to Justice Act, 20 USC section 2412(d).

All of the above pursuant to the Consent Orders of the Honorable Magistrate Judge David E. Peebles and Chief District Judge Norman A. Mordue, dated 11/5/2009 and 1/12/2010.

DATED: January 15, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk